# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 29, 2023

### NO. 03-23-00042-CV

**R. G., J. C., and C. M., Appellants**

**v.**

**Texas Department of Family and Protective Services, Appellee**

**APPEAL FROM THE 261ST DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES BAKER AND TRIANA
AFFIRMED -- OPINION BY JUSTICE TRIANA**

This is an appeal from the order signed by the trial court on January 5, 2023. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's order. Therefore, the Court affirms the trial court's order. Because appellants are indigent and unable to pay costs, no adjudication of costs is made.